Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
2440 Tulare St., Ste. 320
Fresno, CA 93721
Telephone: 559-439-9700
Facsimile: 559-439-9700
info@jonathanpena.com
Attorney for Plaintiff, Brenda Mendez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MOHAGHEGH GATES, | No. CV 18-10557-AFM |
| Plaintiff, | [~~PROPOSED~~] **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of FOUR THOUSAND SIX HUNDRED DOLLARS and NO CENTS ($4,600.00), subject to the terms of the above-referenced Stipulation.

Dated: 1/10/2020

_____
ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE

1